United States District Court
Southern District of Texas
**ENTERED**
February 19, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-3542 |
| § | |
| GATOR PROMOTIONS LLC; dba § | |
| KORNBREAD'S POOL HALL 2K; dba § | |
| KORNBREADS 2K, *et al*, § | |
| § | |
| Defendants. § | |

## FINAL DEFAULT JUDGMENT

For the reasons set forth in this Court's Opinion and Order filed this Date it is hereby

**ORDERED** that Plaintiff J&J Sports Productions, Inc., as Broadcast Licensee of the December 8, 2012 Pacquiao v. Marquez IV Fight Program recover from Defendants Gator Promotions LLD, individually, and d/b/a Kornbread's Pool Hall 2K a/k/a Kornbreads 2K and James Carter, individually, and d/b/a Kornbread's Pool Hall 2K a/k/a Kornbreads 2K statutory damages in the amount of $10,000, pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) and additional damages in the amount of $50,000, pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) together with attorney's fees in the amount of $1,000.00, **for a total of $61,000.00**. It is further

**ORDERED** that Defendants Gator Promotions LLD, individually, and d/b/a Kornbread's Pool Hall 2K a/k/a Kornbreads 2K and James Carter, individually, and d/b/a Kornbread's Pool Hall 2K a/k/a Kornbreads 2K are enjoined from ever again intercepting or exhibiting an unauthorized program in violation of the Federal Communications Act. It is further

**ORDERED** that Plaintiff J&J Sports Productions, Inc., as Broadcast Licensee of the December 8, 2012 Pacquiao v. Marquez IV Fight Program recover from Defendants Gator Promotions LLD, individually, and d/b/a Kornbread's Pool Hall 2K a/k/a Kornbreads 2K and

James Carter, individually, and d/b/a Kornbread's Pool Hall 2K a/k/a Kornbreads 2K an award of court costs and post-judgment interest on the amounts awarded herein at an annual rate of 0.08 per cent from the date of this Judgment until paid.

**THIS IS A FINAL JUDGMENT**

SIGNED at Houston, Texas, this 16th day of February, 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE